IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISON

| | | |
|---|---|---|
| **EDNA SINGLETARY,** | § § § | |
| Plaintiff, | § § | Case No.: 7:21CV115 (WLS) |
| v. | § § | |
| **DOLLAR TREE STORES, INC.** | § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Edna Singletary and Defendant Dollar Tree Stores, Inc., by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate that this civil action, including all claims brought by Plaintiff against Defendant, is dismissed with prejudice.

This the 6th day of January 2023.

| | |
|---|---|
| /s/ Jody D. Peterman | /s/ James T. Hankins, III |
| **JODY D. PETERMAN** | **JAMES T. HANKINS, III** |
| Attorney for Plaintiff | Attorney for Defendant |
| Georgia Bar No.: 573552 | Georgia Bar No.: 188771 |
| P.O. Box 6010 | 3340 Peachtree Road NE, Suite 2100 |
| Valdosta, GA 31603-6010 | Atlanta, GA 30326-1084 |
| Phone (229) 247-0386 | Phone (404) 264-1500 |
| Fax (229) 469-6735 | Fax (404) 264-1737 |
| Email: petermanlawoffice@yahoo.com | Email: jhankins@GM-LLP.com |