IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISON

| | |
|---|---|
| EDNA SINGLETARY, § § | |
| Plaintiff, § § | Case No.: 7:21CV115 (WLS) |
| v. § § | |
| DOLLAR TREE STORES, INC. § § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Edna Singletary and Defendant Dollar Tree Stores, Inc., by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate that this civil action, including all claims brought by Plaintiff against Defendant, is dismissed with prejudice.

This the 6th day of January 2023.

/s/ Jody D. Peterman
**JODY D. PETERMAN**
Attorney for Plaintiff
Georgia Bar No.: 573552
P.O. Box 6010
Valdosta, GA 31603-6010
Phone (229) 247-0386
Fax (229) 469-6735
Email: petermanlawoffice@yahoo.com

/s/ James T. Hankins, III
**JAMES T. HANKINS, III**
Attorney for Defendant
Georgia Bar No.: 188771
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone (404) 264-1500
Fax (404) 264-1737
Email: jhankins@GM-LLP.com

SO ORDERED this 9th day of January, 2023

W. Louis Sands, Sr. Judge
United States District Court