IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EDNA SINGLETARY, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-cv-115 (WLS) |
| | * |
| DOLLAR TREE STORES, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 9, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of January, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk